**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6895**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES KEVIN NELSON,

Claimant - Appellant,

and

ONE 1990 MERCEDES BENZ 560SL, VIN WDMCA39E8LA505310,

Defendant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-
2546-L)

———————————

Submitted:  September 25, 1997      Decided:  October 9, 1997

———————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Kevin Nelson, Appellant Pro Se.  Richard Charles Kay, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for return of property under Fed. R. Crim. P. 41(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Nelson, No. CA-95-2546-L (D. Md. June 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED